UNITED STATES DISTRICT COURT
NORTHERN DISTRICT NEW YORK

| | |
|---|---|
| NIASHA SCOTT, individually and on behalf of all other persons similarly situated who were employed by RAGNAR & ROLLO INDUSTRIES, INC. d/b/a CLEANTEC SERVICES and/or any other entities affiliated with or controlled by RAGNAR & ROLLO INDUSTRIES, INC. d/b/a CLEANTEC SERVICES,<br><br>                                              Plaintiffs,<br><br>vs.<br><br>RAGNAR & ROLLO INDUSTRIES, INC. d/b/a CLEANTEC SERVICES, and any related entities,<br><br>                                              Defendant. | CIVIL ACTION<br>CASE NO: 21-cv-0956<br>(FJS/ATB)<br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Frank S. Gattuso, sworn to on February 15, 2022, and upon all prior papers and proceedings herein, Plaintiffs by their undersigned attorneys, will move before the Honorable Magistrate Judge Andrew T. Baxter, at the United States Courthouse for the Northern District of New York, located at 100 S. Clinton Street, Syracuse, New York 13261, on a return date set by the Court, for preliminary approval of the proposed class action settlement, together with such other and further relief as the Court may deem just and proper.

Dated: February 15, 2022

/s/ Frank S. Gattuso
Frank S. Gattuso
GATTUSO & CIOTOLI, PLLC
The White House
7030 E. Genesee Street
Fayetteville, New York 13066
(315) 314-8000
fgattuso@gclawoffice.com
*Attorneys for Plaintiff Settlement Class*