UNITED STATES DISTRICT COURT
NORTHERN DISTRICT NEW YORK

| | |
|---|---|
| NIASHA SCOTT, individually and on behalf of all other persons similarly situated who were employed by RAGNAR & ROLLO INDUSTRIES, INC. d/b/a CLEANTEC SERVICES and/or any other entities affiliated with or controlled by RAGNAR & ROLLO INDUSTRIES, INC. d/b/a CLEANTEC SERVICES,<br><br>                                                    Plaintiffs,<br>vs.<br><br>RAGNAR & ROLLO INDUSTRIES, INC. d/b/a CLEANTEC SERVICES, and any related entities,<br><br>                                                    Defendant. | CIVIL ACTION<br>CASE NO: 21-cv-0956<br>(FJS/ATB)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Frank S. Gattuso, sworn to on June 1, 2022, and upon all prior papers and proceedings herein, Plaintiffs by their undersigned attorneys, will move before the Honorable Magistrate Judge Andrew T. Baxter, at the United States Courthouse for the Northern District of New York, located at 100 S. Clinton Street, Syracuse, New York 13261, on a return date set by the Court, for final approval of the class action settlement, together with such other and further relief as the Court may deem just and proper.

Dated: June 1, 2022

                                                    */s/ Frank S. Gattuso*
                                                    Frank S. Gattuso
                                                    GATTUSO & CIOTOLI, PLLC
                                                    The White House
                                                    7030 E. Genesee Street
                                                    Fayetteville, New York 13066
                                                    (315) 314-8000
                                                    fgattuso@gclawoffice.com
                                                    *Attorneys for Plaintiff Settlement Class*